IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                         Case No. 4:13-cr-00215 KGB

BRANDON GOODIN                                                    DEFENDANT

## ORDER

On December 30, 2013, a psychiatric report of defendant Brandon Goodin was filed under seal (Dkt. No. 33). On April 18, 2014, an additional a psychiatric report of Mr. Goodin was filed under seal (Dkt. No. 40). These reports were prepared pursuant to this Court's Orders of October 11, 2013, and January 24, 2014 (Dkt. Nos. 28, 36). Copies of the reports were provided to counsel for the United States and counsel for Mr. Goodin. On June 5, 2014, the Court held a hearing on this matter and counsel for the United States and counsel for Mr. Goodin stipulated to the findings in the psychiatric reports. Therefore, the findings and conclusions stated in the reports are adopted as the findings and conclusions of this Court.

IT IS SO ORDERED this 11th day of June, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE