PROB 12B
ED/AR (8/2002)

# United States District Court

### for the

### Eastern District of Arkansas

**FILED**
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 0 5 2015

JAMES W. McCORMACK, CLERK

By:
DEP CLERK

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Brandon Goodin     Case Number: 4:13CR00215-009 KGB

Name of Sentencing Judicial Officer:     Honorable Kristine G. Baker
United States District Judge

Offense:     Attempted Extortion

Date of Sentence:     February 27, 2015

Sentence:     36 months Bureau of Prisons; 3 years supervised release; waived drug testing, DNA testing; firearm restrictions; mental health counseling, and $100 special penalty

Type of Supervision:     Supervised Release     Date Supervision Proposed to Commence: November 29, 2015, via good time
Proposed Expiration Date:  November 30, 2018

Asst. U.S. Attorney:  Julie E. Peters     Defense Attorney:  Kimberly Driggers

Mental Health Treatment Specialist: Selina M. Earsa
Phone No.: 501-604-5258

---

## PETITIONING THE COURT

☐     To extend the term of supervision for _____ year(s), for a total term of _____ years.

☒     To modify the conditions of supervision as follows:

> **Upon release from the Bureau of Prisons, the defendant will reside and
> participate in a residential re-entry center for a period of six months
> and abide by all the rules and regulations of the facility.**

Prob 12B                                    -2-                        Request for Modifying the
                                                                  Conditions or Terms of Supervision
                                                                      with Consent of the Offender

Name of Offender:  Brandon Goodin                    Case Number:  4:13CR00215-009 KGB

## CAUSE

Mr. Brandon Goodin was sentenced on February 27, 2015, for the offense of Attempted Extortion. He
arrived at the City of Faith in Little Rock, Arkansas, to complete his term of imprisonment with the
Bureau of Prisons. The Residential Re-entry Center is providing transitional services for Mr. Goodin and
he is currently searching for employment.

Mr. Goodin has requested placement at the commencement of his term of supervised release with the
City of Faith in Little Rock, Arkansas, for six months to give him more time to work on transitioning
into society prior to his release. His term of supervised release is proposed to commence on November
29, 2015. Assistant Federal Public Defender Kimberly Driggers was contacted and is in agreement with
the attached Waiver of Hearing to Modify Conditions of Supervision.

Selina M. Earsa                                        Julie E. Peters
Mental Health Treatment Specialist                     Assistant U.S. Attorney

Date: November 4, 2015                                 Date:  11/4/15

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✓]   The Modification of Conditions as Noted Above
[ ]   Other

Kristine G. Baker

Signature of Judicial Officer

November 5, 2015

Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

Supervising U.S. Probation Officer

c:   Assistant Federal Public Defender, Kimberly Driggers, 1401 West Capitol Avenue, Suite 490,
     Little Rock, AR 72201
     Brandon Goodin, City of Faith, 1408 South Garfield, Little Rock, Arkansas 72204
     Assistant U.S. Attorney, Julie E. Peters, P.O. Box 1229, Little Rock, AR 72203

PROB 49
(3/89)

# United States District Court

## Eastern District of Arkansas

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To add the following special conditions:

> **Upon release from the Bureau of Prisons, the defendant will reside and participate in a residential re-entry center for a period of six months and abide by all the rules and regulations of the facility.**

Witness _____
*(U.S. Probation Officer)*

Signed _____
*(Probationer or Supervised Releasee)*

_____
*(Date)*